DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PETER SERRAO,**
Appellant,

v.

**MANTIS FUNDING, LLC,** et al.,
Appellees.

No. 4D2024-1744

[January 8, 2026]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Danielle A. Sherriff, Judge; L.T. Case No. 2021CC00045XXXX.

Scott M. Behren of Behren Law Firm, Weston, for appellant.

Juan C. Zorrilla and Victor M. Velarde of Fowler White Burnett P.A., Miami, for appellees.

PER CURIAM.

*Affirmed.*

GROSS, CIKLIN and LEVINE, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely-filed motion for rehearing.***